# Court of Appeals
# of the State of Georgia

ATLANTA,  December 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0107.  MARSHALL v. DANFORTH.**

This emergency motion was filed on December 12, 2025. In it, movant Levi Marshall invokes this Court's mandamus jurisdiction and asks that we instruct the trial court to appoint appellate counsel for the purpose of pursuing an out-of-time appeal from a murder conviction.

According to the Supreme Court of Georgia, we are authorized "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." *Arnold v. Alexander*, 321 Ga. 330, 335 (914 SE2d 311) (2025). Because Marshall asks us to issue a writ in a matter not connected with this Court's own appellate jurisdiction, his motion does not satisfy the requirements of Rule 40 (c) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/15/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*